OPINION — AG — **** BUDGETS SUBMITTED TO COUNTY EXCISE BOARD **** THE COUNTY EXCISE BOARD MAY REQUIRE THAT SEPARATE BUDGET ESTIMATES BE SUBMITTED AS TO THE JUVENILE BUREAU OF OKLAHOMA COUNTY AND THE COUNTY DETENTION HOME OPERATED BY THE BUREAU. CITE: 68 O.S. 1971 2488 [68-2488], 10 O.S. 1971 1207 [10-1207](B), 68 O.S. 1971 2486 [68-2486], 10 O.S. 1971 1201 [10-1201] (MICHAEL CAUTHRON)